IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENARDO ALEX TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-360-WHA-SMD |
| ) | |
| OFFICER AMMONS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 30, 2021, the Magistrate Judge entered a Recommendation (Doc. #20) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with orders of this court;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 20th day of August, 2021.

/s/ W. Harold Albritton
SENIORUNITED STATES DISTRICT JUDGE